FILED
April 27, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
      Plaintiff, )   Case No. MAG 05-0121 GGH
v. )
) ORDER FOR RELEASE OF
BRETT BOATRIGHT, ) PERSON IN CUSTODY
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRETT BOATRIGHT__ , Case No. __MAG 05-0121 GGH__ , Charge __21:333; 18:545__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __    Release on Personal Recognizance

   X    Bail Posted in the Sum of $_____

       X    Unsecured Appearance Bond $ __50,000.00__

       __    Appearance Bond with 10% Deposit

       __    Appearance Bond with Surety

       __    Corporate Surety Bail Bond

       __    (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 27, 2005__ at __2:25 p.m.__

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal