```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Brett Boatright
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MAG. S.05-121 DAD |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| BRETT BOATRIGHT, | |
| Defendant. | |

It is respectfully requested that Rachelle Barbour, Assistant Federal Defender, be relieved as attorney of record and that Shari Rusk, Attorney at Law, 1710 Broadway, # 111, Sacramento, California, 95818, telephone number (916) 804-8656, be substituted in as counsel in the above-entitled case.

Respectfully submitted,

Dated: May 16, 2005
<u>Shari Rusk</u>
/s/ Shari Rusk
Attorney for Defendant
Brett Boatright

/////

/////

/////

```
1  I accept the substitution.           Rachelle Barbour
                                        /s/Rachelle Barbour
2                                       ASSISTANT FEDERAL DEFENDER
3
   Dated: May 16, 2005
4
5  I consent to the substitution.       Brett Boatwright
                                        /s/Brett Boatright
6                                       Defendant
7  Dated: May 16, 2005
8
9                        **ORDER**
10 IT IS SO ORDERED.
11 DATED: May 17, 2005.
```

_Dale A. Drozd_
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/boatright0121.subatty

2