```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2751
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )   Mag. No. 05-121 DAD
12             Plaintiff,          )
                                   )   STIPULATION AND ORDER CONTINUING
13        v.                       )   PRELIMINARY HEARING AND EXCLUDING
                                   )   TIME
14  BRETT BOATRIGHT,               )
                                   )
15             Defendant.          )
    _____)
16
```

17     IT IS HEREBY STIPULATED by and between Assistant United States
18 Attorney Jason Hitt, counsel for the plaintiff, and Shari Rusk,
19 Esq., counsel for defendant BRETT BOATRIGHT, that good cause exists
20 to extend the preliminary hearing currently set for August 5, 2005,
21 at 2:00 p.m. to August 26, 2005, pursuant to Federal Rule of
22 Criminal Procedure 5.1(d).  This is the third request by the parties
23 for an extension of time for the preliminary hearing.
24     Good cause exists to extend the time for the preliminary
25 hearing within meaning of Rule 5.1(d) because more time will permit
26 the parties to discuss a possible pre-indictment resolution of the
27 case against BOATRIGHT.  The parties have already engaged in
28 extensive discussions which indicate a resolution may be likely.  In

1

1  addition, the government has provided approximately 132 pages of
2  discovery to defense counsel and more time will permit counsel to
3  adequately assess the case against BOATRIGHT.  A continuance of the
4  preliminary hearing date will not prejudice BOATRIGHT because he is
5  presently out of custody and employed.  Both counsel believe a
6  resolution on this case may occur within the next month.
7       Counsel further stipulate that an exclusion of time from August
8  5, 2005, until August 26, 2005, is appropriate under the Speedy
9  Trial Act because the government has already produced approximately
10 132 pages of discovery to defense counsel and will be producing
11 additional discovery.  Defense counsel needs time to review the
12 material and discuss the discovery and its implications with
13 BOATRIGHT.  As a result, counsel for both parties believe time
14 should be excluded under Local Code T4 to allow reasonable time to
15 prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
16 Code T4.

18 Dated: August 2, 2005          /s/ Jason Hitt
                                  JASON HITT
19                                Assistant U.S. Attorney

20
   Dated: August 2, 2005          /s/ Shari Rusk
21                                SHARI RUSK, ESQ.
                                  Counsel for BRETT BOATRIGHT
22 _____
23      Based upon the representations by counsel and the stipulation
24 of the parties, **IT IS HEREBY ORDERED** that:
25      1.   The Court finds good cause to extend the Preliminary
26 Hearing currently set for August 5, 2005, to August 26, 2005, at
27 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
28 / / /

2

1    2.   Based upon the above representations and stipulation of
2 the parties, the Court further finds that the ends of justice
3 outweigh the best interest of the public and the defendant in a
4 speedy trial.  Accordingly, time under the Speedy Trial Act shall be
5 excluded through August 26, 2005.
6    IT IS SO ORDERED.
7 DATED: August 2, 2005.

_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

11 Ddad1/orders.criminal/boatright0121.stipord