Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 731-4841
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Brett Boatright,<br><br>　　　　Defendant | Mag. No. 05-121 DAD<br><br>Stipulation & Order Continuing<br>Preliminary Hearing & Excluding<br>Time |

　　Brett Boatright, by and through his counsel, Shari Rusk and the United States Government, by and through Assistant United States Attorney, Jason Hitt hereby agree and stipulate that good cause exists to extend the preliminary hearing currently set for December 9, 2005 to February 17, 2006, pursuant to Federal Rule of Criminal Procedure 5.1(d).

　　Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to discuss a possible pre-indictment resolution of the case against Mr. Boatright.  The parties have already engaged in discussions which indicate they are very close to a resolution. In addition, more time will not prejudice Mr. Boatright because he is presently out of custody and

employed. Both counsel believe a resolution on this case will occur at the next hearing date.

Counsel further stipulate that under the Speedy Trial Act because the government has produced significant discovery to counsel for Mr. Boatright, counsel and Mr. Boatright will need time to review the material and discuss its implications. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C.§ 3161(h)(8)(B)(iv); Local Code T4.

Dated: December 8, 2005                  Respectfully submitted,

                                         Shari Rusk
                                         _____
                                         /s/Shari Rusk
                                         Attorney for Defendant
                                         Brett Boatright

Dated: December 8, 2005                  Jason Hitt
_____              _____
                                         /s/Jason Hitt
                                         Assistant United States
                                         Attorney

**ORDER**

Based upon the representation by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for December 9, 2005 at 2:00 p.m. to February 17, 2006 at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through February 17, 2006.

IT IS SO ORDERED.

Dated: December 9, 2005.

_____
UNITED STATES MAGISTRATE JUDGE