McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>BRETT BOATRIGHT,<br><br>              Defendant. | Mag. No. S-05-121 DAD<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and Shari Rusk, Esq., counsel for defendant BRETT BOATRIGHT, that good cause exists to extend the preliminary hearing currently set for May 26, 2006, at 2:00 p.m. to June 30, 2006, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties are close to a pre-indictment resolution of the case against BOATRIGHT. In addition, the government has previously provided approximately 132 pages of discovery to defense counsel and more time will permit counsel to adequately assess the case against BOATRIGHT. A

1

1 continuance of the preliminary hearing date will not prejudice
2 BOATRIGHT because he is presently out of custody and employed.  Both
3 counsel believe a resolution on this case may occur within the next
4 month.
5      Counsel further stipulate that an exclusion of time from May
6 26, 2006, at 2:00 p.m. to June 30, 2006, is appropriate under the
7 Speedy Trial Act because the government is finalizing a plea
8 agreement and defense counsel needs time to review the draft
9 agreement and discuss its implications with BOATRIGHT.  As a result,
10 counsel for both parties believe time should be excluded under Local
11 Code T4 to allow reasonable time to prepare defense of the case.  18
12 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

14 Dated: May 23, 2006                  /s/ Jason Hitt
                                         JASON HITT
15                                       Assistant U.S. Attorney

16 Dated: May 23, 2006                  /s/ Shari Rusk
17                                       SHARI RUSK, ESQ.
                                         Counsel for BRETT BOATRIGHT
18                                       Authorized to sign for Ms. RUSK
                                         on 5-23-06
19 _____
20      Based upon the representations by counsel and the stipulation
21 of the parties, **IT IS HEREBY ORDERED** that:
22      1.   The Court finds good cause to extend the Preliminary
23 Hearing currently set for May 26, 2006, to June 30, 2006, at 2:00
24 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
25 / / /
26 / / /
27 / / /

2

     2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through June 30, 2006.

     IT IS SO ORDERED.
Dated: 5/25/06

                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
boatright.ord